PER CURIAM.
Affirmed. See Brown v. Skinner, 73 So.2d 221 (Fla.1954); Schwartz v. Schwartz, 431 So.2d 716 (Fla. 3d DCA 1983); Poe v. Estate of Levy, 411 So.2d 253 (Fla. 4th DCA 1982); Kasper Instruments, Inc. v. Maurice, 394 So.2d 1125 (Fla. 4th DCA 1981); Porter v. State, 386 So.2d 1209 (Fla. 3d DCA 1980); Lamb v. Dade County, 159 So.2d 477 (Fla. 3d DCA), cert. denied, 166 So.2d 754 (Fla.1964).